IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY CASWELL,

    Plaintiff,

    v.

NET IRRIGATE, LLC, an Indiana Limited Liability Company,

    Defendant.
_____

Civ. No. 6:13-cv-320-TC

OPINION AND ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (#31), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (#31) is adopted. This action is dismissed for lack of personal jurisdiction.

IT IS SO ORDERED.

    DATED this 26th day of September, 2013.

                                                                 _____/s/ Michael J. McShane_____
                                                                       Michael McShane
                                                                United States District Judge

1 –OPINION AND ORDER